IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants.<br>_____/ | No. C 04-04981 WHA<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

As stated on the record, defendants shall produce redacted DSPS files for all students with alleged mobility disabilities by **JUNE 6, 2005 AT NOON**. The Court is particularly interested in (1) how many students with mobility disabilities who have raised access concerns due to architectural or physical barriers and (2) how DSPS has responded, specifically what types of accommodations were provided. In addition, the parties are requested to *jointly* identify which facilities or parts of facilities have been the subject of new construction or alterations since January 26, 1992, as defined in 28 C.F.R. 35.151. Finally, defendants shall include in their materials the documentation reviewed by the Office of Civil Rights, (as referenced in the letter of October 16, 1998), was used to establish that defendants were in

1  compliance with the relevant requirements of Section 504 and Title II of the ADA (Darmagnac
2  Exh. F).
3       Both sides shall submit their supplemental briefs by **JUNE 9, 2005 AT NOON**.  The Court
4  defers ruling on both motions until the requested supplemental material has been evaluated.
5  The parties will be informed if any further hearings are necessary.

7       **IT IS SO ORDERED.**

9  Dated:  June 2, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE