ORIGINAL

Guy B. Wallace, State Bar No. 176151
Elisa P. Laird, State Bar No. 225563
W.H. "Hank" Willson, State Bar No. 233321
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
TTY: (415) 421-1655

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College"); LAWRENCE WONG, in his official capacity as President of the Board of Trustees; MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees; DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees; and DR. PHILIP R. DAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-4981 WHA<br><br>[proposed] ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CLASS CERTIFICATION MOTION |

SCHNEIDER & WALLACE

[proposed] Order Granting Ps' Request for Leave to File Documents under Seal
*Cherry v. City College*, Case No. C 04-4981 WHA

**ORDER**

This matter came before the Court on Plaintiffs' Request for Leave to File Documents Under Seal. The Court GRANTS Plaintiffs' request.

Accordingly, IT IS HEREBY ORDERED that the plaintiffs may file the following document in connection with their supplemental briefing under seal, as those files contain certain confidential information protected by the right to privacy under the Federal Family Education Rights Privacy Act (FERPA):

- Appendix of Student Files

Dated: June 10, 2005



_____
HON. WILLIAM ALSUP
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

SCHNEIDER & WALLACE

[proposed] Order Granting Plaintiffs' Request for Leave to File Documents under Seal
*Cherry v. City College,* Case No. C 04-4981 WHA

1