1  Guy B. Wallace (State Bar No. 176151)
2  Elisa P. Laird (State Bar No. 225563)
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
4  Telephone:    (415) 421-7100
5  Facsimile:    (415) 421-7105
   TTY:          (415) 421-1655
6

7  Counsel for Plaintiffs
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
12  MARGIE CHERRY and ESTORIA CHERRY, )   No. C 04-4981 WHA
    et al.,                          )
13                                   )
                                     )   CLASS ACTION
14       Plaintiffs,                 )
                                     )   [proposed] ORDER RE PLAINTIFFS'
15       vs.                         )   MISCELLANEOUS ADMINISTRATIVE
                                     )   REQUEST FOR LEAVE TO EXCEED
16  THE CITY COLLEGE OF SAN FRANCISCO)   PAGE LIMIT
    et al.,                          )
17                                   )
                                     )
18       Defendants.                 )
                                     )
19  _____)

20
21
22
23
24
25
26

[proposed] Order Re Plaintiffs' Request for Leave to Exceed Page Limit
Cherry, et al. v. City Collage of San Francisco, et al., Case No. C 04-4981 WHA

1

1  The Court has reviewed Plaintiffs' Administrative Request to Exceed the Page Limit, and
2  GOOD CAUSE APPEARING THEREFORE, hereby GRANTS Plaintiffs' Request.
3  IT IS SO ORDERED.

4
5  Dated: June  15  , 2005



HON. WILLIAM H. ALSUP
United States District Judge

[proposed] Order Re Plaintiffs' Request for Leave to Exceed Page Limit
Cherry, et al. v. City Collage of San Francisco, et al., Case No. C 04-4981 WHA

2