IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>    Defendants.<br>_____/ | No. C 04-04981 WHA<br><br>**ORDER REGARDING TIME NOTES FOR CLASS COUNSEL** |

    Class counsel shall keep time notes adequate to allow the Court to later understand the projects undertaken and the time devoted to each, as follows:

    At the conclusion of the case, counsel will be required to submit to the Court a description of all work done, to allow a comparison of fees requested with the hourly work done and the efficiency of the work. Such description would likely take the form of a declaration setting forth each discrete project and breaking down all attorney and paralegal time sought to be recovered. For each project, there must be a detailed description of the work, giving the date, hours expended, attorney name, and task for each work entry, in chronological order. A "project" means a deposition, a motion, a witness interview, and so forth. It does not mean

1  generalized statements like "trial preparation" or "attended trial."  It includes discrete items like
2  "prepare supplemental trial brief on issue X."  The following is an example of time collected by
3  project.

PROJECT:  ABC DEPOSITION (2 DAYS IN FRESNO)

| Date | Time-keeper | Description | Hours x | Rate = | Fee |
|---|---|---|---|---|---|
| 01-08-05 | XYZ | Assemble and photocopy exhibits for use in deposition | 2.0 | $100 | $200 |
| 01-09-05 | RST | Review evidence and prepare to examine ABC at deposition | 4.5 | $200 | $900 |
| 01-10-05 | XYZ | Research issue of work-product privilege asserted by deponent | 1.5 | $100 | $150 |
| 01-11-05 | RST | Prepare for and take deposition | 8.5 | $200 | $1700 |
| 01-12-05 | RST | Prepare for and take deposition | <u>7.0</u> | $200 | <u>$1400</u> |
|  |  | Project Total: | <u>23.5</u> |  | <u>$4350</u> |

**IT IS SO ORDERED.**

Dated: June 23, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE