United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>    Defendants.<br>_____/ | No. C 04-04981 WHA<br><br>**ORDER REGARDING LETTERS OF JUNE 30, 2005** |

    The Court is in receipt of separate letters from both parties, dated June 30, 2005. Although the previous orders were unambiguous, this order further clarifies that defendants may, but are not required to, both mail *and* email the notice to potential class members. To the extent that defendants do not have (and are not planning to use) email addresses for contacting potential class members, they are not required to produce this information. In any event, once provided with addresses and telephone numbers for potential class members who have not objected to release of their contact information, plaintiffs' counsel will be able to compile their *own* list of email address by contacting students directly, should they so desire.

1   Defendants have also requested a brief extension to file their summary-judgment
2   motion, which was anticipated within fourteen days of the giving of class notice.  This request
3   is **GRANTED**.  Defendants shall file a motion for summary judgment on the issues set forth in
4   the order of June 15, 2005 by **AUGUST 11, 2005**, to be heard on **SEPTEMBER 15, 2005 AT**
5   **8:00 A.M.**

7   **IT IS SO ORDERED.**

9   Dated:  July 1, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE