IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**ORDER REGARDING LETTER OF JULY 5, 2005** |

Defendants have requested another extension to file their summary-judgment motion, which is currently scheduled for hearing on September 15, 2005. This request is **GRANTED**. Defendants shall file their motion by September 8, 2005, to be heard on **OCTOBER 13, 2005 AT 8:00 A.M. NO FURTHER REQUESTS FOR EXTENSIONS SHALL BE GRANTED.**

**IT IS SO ORDERED.**

Dated: July 5, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE