1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

**United States District Court**
For the Northern District of California

9   MARGIE CHERRY and ESTORIA CHERRY, on          No. C 04-04981 WHA
10  behalf of themselves and all others similarly
    situated,
11
              Plaintiffs,                         **ORDER REGARDING**
12                                                **RETURNED NOTICES**
        v.
13
    THE CITY COLLEGE OF SAN FRANCISCO
14  ("City College") LAWRENCE WONG, in his
    official capacity as President of the Board of
15  Trustees, MILTON MARKS, III, in his official
    capacity as Vice-President of the Board of Trustees,
16  DR. NATALIE BERG, JOHNNIE CARTER, JR.,
    DR. ANITA GRIER, JULIO J. RAMOS, RODEL
17  E. RODIS, in their official capacities as members
    of the Board of Trustees, and DR. PHILIP R. RAY,
18  JR., in his official capacity as Chancellor,
19
              Defendants.
                                              /
20
21          The Court is in receipt of several class notices returned as undeliverable, which are
22  being forwarded by the Clerk to counsel as they arrive.  Defendants are requested to investigate
23  whether these notices were sent to correct addresses and whether there exist other mail (or
24  email) addresses on file for these students.
25
26          **IT IS SO ORDERED.**
27
28  Dated:  July 11, 2005                    
                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE