United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**FURTHER ORDER REGARDING RETURNED NOTICES** |

More class notices have been returned to the Court as undeliverable. Counsel is advised that the contact information previously distributed under seal is inaccurate for the following individuals: R. Caskey; T. Duncan; L. Evans; R. Green; C. Hillsman; J. Lewis; and N. Sykes.

**IT IS SO ORDERED.**

Dated: August 15, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE