1  GUY B. WALLACE (State Bar No. 176151)
   ELISA P. LAIRD (State Bar No. 225563)
2  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
3  San Francisco, California  94104
   Telephone: (415) 421-7100
4  Facsimile: (415) 421-7105
   TTY: (415) 421-1655
5

6

   Attorneys for Plaintiffs
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  MARGIE CHERRY and ESTORIA CHERRY,        No. C-04-4981 WHA
    on behalf of themselves and all others similarly
12  situated,                                CLASS ACTION

13

14                Plaintiffs,                STIPULATION AND [proposed] ORDER
                                             RE ADR SCHEDULE
15        vs.

16

17  THE CITY COLLEGE OF SAN FRANCISCO,
    et al.,
18

19                Defendants.

20

21

22

23

24

25

26

27

28
                                   -1-

1    The parties submit this Stipulation and proposed Order regarding the ADR schedule

2    pursuant to the Court's ADR program.  Mr. Peter Sherwood of the Ninth Circuit Court of Appeal's

3    ADR program has been designated as the mediator in the above-captioned matter.  Mr. Sherwood

4    has held a telephonic status conference with the parties regarding mediation in this matter.  In

5    connection with that status conference, the parties have agreed that a mediation under the

6    supervision of Mr. Sherwood will take place on November 1, 2005.  The mediator has tentatively

7    scheduled the mediation for November 1, 2005 starting at 10:00 a.m. at the Ninth Circuit Court of

8    Appeals.  The parties respectfully request that this Court approve the foregoing schedule.

9

10   Dated:  September   6 , 2005                    SCHNEIDER & WALLACE

11

12                                                                    GUY B. WALLACE

13                                                                    Attorneys for Plaintiffs

14

15

16   Dated:  September   6  , 2005                    STUBBS & LEONE

17

18                                                                    LOUIS A. LEONE

                                                                     Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28

SCHNEIDER
& WALLACE

Cherry, et al. v. City College, et. al., C-04-4981 WHA
Stipulation & [proposed] Order Re ADR Schedule

1

2

3    **IT IS SO ORDERED.**

4

5

6  DATED: September 6, 2005

7

8                                          HON. WILLIAM H. ALSUP
                                           United States District Judge
9

10

**ORDER**

IT IS SO ORDERED
Judge William Alsup

-3-