IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>    Defendants.<br>                                        / | No. C 04-04981 WHA<br><br>**ORDER REGARDING LETTER OF SEPTEMBER 15, 2005** |

The Court is in receipt of a letter from defendants' counsel, dated September 15, 2005. The trial will proceed on schedule. It will be continued only for good cause or on a proper motion. This letter does not, by itself, establish good cause.

**IT IS SO ORDERED.**

Dated: September 16, 2005

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE