Guy B. Wallace (State Bar No. 176151)
Elisa P. Laird (State Bar No. 225563)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Facsimile:    (415) 421-7105
TTY:             (415) 421-1655

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>THE CITY COLLEGE OF SAN FRANCISCO et al., <br><br>Defendants. | No. C 04-4981 WHA <br><br>**CLASS ACTION** <br><br> [proposed] **ORDER RE PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO EXCEED PAGE LIMIT** |

1   The Court has reviewed Plaintiffs' Administrative Request to Exceed the Page Limit, and
2   GOOD CAUSE APPEARING THEREFORE, hereby GRANTS Plaintiffs' Request.
3   IT IS SO ORDERED.

4

5   Dated: September  30  , 2005



7   _____
    HON. WILLIAM H. ALSUP
8   United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[Proposed] Order Re Plaintiffs' Request for Leave to Exceed Page Limit
Cherry, et al. v. City Collage of San Francisco, et al., Case No. C 04-4981 WHA