IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br><br><br>**ORDER RE REQUEST TO COMPEL DEPOSITIONS** |

As stated on the record, plaintiffs' motion to compel depositions of three FRCP 30(b)(6) witnesses regarding alterations to buildings at the Ocean Avenue campus is **GRANTED IN PART**. If and only if plaintiffs produce Sally Swanson to be deposed by defendants on or before November 15, 2005, plaintiffs may depose Larry Louser on November 16, 2005 and Peter Goldstein on November 17, 2005. No other deadlines are changed by this order.

**IT IS SO ORDERED.**

Dated: November 9, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE