IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**ORDER REGARDING REVISED NOTICE** |

The appended revised notice is **APPROVED**. Given how close we are to trial, the Court finds that upon completion of this round of supplemental mailings, potential class members will have been given the best notice practicable under the circumstances, as required by FRCP 23.

**IT IS SO ORDERED.**

Dated: November 10, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE