IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**FURTHER ORDER RE DEPOSITION OF SALLY SWANSON** |

In the memorandum to be filed on Friday, please block quote exactly each passage in the deposition supporting the allegations made by Ms. Darmagnac in the November 14 letter. The memorandum should also respond to all allegations in Mr. Wallace's letter of the same date, including (without limitation): (1) the statement that Mr. Konecky did not confer with Ms. Swanson at all and remained in the deposition room during most (if not all) the occasions on which Mr. Laufenberg conferred with his client and (2) the statement that the deposition focused on defendants' goal of bringing an indemnification claim. Make sure that a proper sworn record is supplied as to any matter not expressly shown in the deposition transcript,

1  which should also be supplied in full. All persons in attendance at the deposition, including
2  Mr. Konecky, must attend the hearing.

**IT IS SO ORDERED.**

Dated: November 16, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California