IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMIT AND NOTICE RE POSSIBLE DEPOSITION RESUMPTION** |

In light of the November 16 order, defendants' miscellaneous administrative request to exceed the page limit on their opening brief is **GRANTED**.

On November 28, 2005, immediately after oral argument on the motion concerning the deposition of Sally Swanson, the Court may (or may not) order that the deposition resume then and there in the courtroom under the direct supervision of the undersigned. To preserve this option, all counsel including Ms. Swanson's counsel and Ms. Swanson herself should be prepared to go forward at that time.

1  Please have the deposition court reporter present (for the deposition portion only).
2  Defense counsel shall serve this notice on Ms. Swanson's counsel.

4  **IT IS SO ORDERED.**

6  Dated:  November 21, 2005

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California