**United States District Court**
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**ORDER RE PLAINTIFFS' FIVE MOTIONS TO COMPEL** |

Defendants' responses to plaintiffs' five motions to compel, due **FRIDAY, DECEMBER 2, 2005 AT 10:00 A.M.**, shall be limited to 25 pages total, including any exhibits and declarations. In other words, the brief, exhibits and declarations must all fit within 25 pages. No reply will be allowed.

**IT IS SO ORDERED.**

Dated: November 29, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE