IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**ORDER RE MAPS** |

In light of the letter jointly submitted today, please jointly prepare one map per campus in overhead diagram (not Google) form that simply identifies the locations of the contested items using different color codes for bathrooms vs. elevators vs. doors, etc. Do not distinguish between new and old buildings. If every bathroom on a different floor is right over the others and is at issue, then simply put multiple dots side by side. The Court's request for a joint set of maps is without prejudice to each side coming up with their own argumentative maps.

**IT IS SO ORDERED.**

Dated: December 2, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE