United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>    Defendants. | No. C 04-04981 WHA<br><br>**ORDER RE REDACTED SUPPLEMENTAL LIST OF CLASS MEMBERS** |

The Court has received three additional letters from potential class members objecting to the disclosure of their names and contact information and ten letters returned as undeliverable. The supplemental list of persons to whom the notice was mailed has been redacted accordingly. The Clerk shall file this redacted list of class members under seal and provide each side with a copy, subject to the same restrictions of the protective order entered on August 1, 2005.

**IT IS SO ORDERED.**

Dated: December 2, 2005

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE