IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>   Defendants.<br>_____/ | No. C 04-04981 WHA<br><br>**ORDER RE DECEMBER 11 LETTER** |

  With respect to the defense letter dated December 11, 2005, the defense must respond as ordered in the order dated November 29, 2005, on pain of sanctions and contempt. One possible sanction would be to advise the jury of the defense refusal to admit or to deny. By this point in the litigation, counsel should be intimately familiar with the facts.

  **IT IS SO ORDERED.**

Dated: December 12, 2005

                  WILLIAM ALSUP
                  UNITED STATES DISTRICT JUDGE