United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**ORDER RE DEPOSITION OF THIRD PARTY LOGAN HOPPER** |

The Court **GRANTS** plaintiffs' request to extend the deadline for completion of the deposition of third party Logan Hopper until **DECEMBER 30, 2005**. This is the deadline for completion of the deposition *regardless* of whether plaintiffs ultimately succeed in serving a subpoena on Mr. Hopper. No further extensions will be granted under *any* circumstances.

**IT IS SO ORDERED.**

Dated: December 16, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE