LOUIS A. LEONE, ESQ. (CSB #099874)
KATHLEEN DARMAGNAC, ESQ. (CSB #150843)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College"); LAWRENCE WONG, in his official capacity as President of the Board of Trustees; MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees; DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees; and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor;<br><br>Defendants. | **Case No.:   C04-4981 WHA**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [proposed] ORDER RE EXPERT WITNESS DEPOSITION SCHEDULE** |

3                                                                 1

1    IT IS HEREBY STIPULATED by and between the parties that the current
2 schedule for completion of two expert depositions be extended by three court days,
3 subject to approval of the Court, for good cause shown. The parties require additional
4 time to conduct discovery that is necessary for the completion of expert discovery in the
5 above captioned matter, as well as to trial preparation.

6    The parties have diligently conducted expert discovery. The parties have
7 collectively disclosed eleven expert witnesses. Defendants have chosen not to depose
8 one of Plaintiffs' experts, and of the remaining ten depositions, four expert depositions
9 have been completed and a fifth expert deposition has been started. The parties have
10 two expert depositions scheduled on Thursday, December 15th and two expert
11 depositions scheduled for Friday, December 16th. The deposition of Defendant's expert
12 Kim Blackseth was started on December 12th, but was not completed because of fatigue
13 related to his disability (Mr. Blackseth is a quadriplegic). In addition, the deposition of
14 Defendants' expert Tim Gilbert, which was scheduled for December 14th, must be
15 rescheduled because the witness is ill.

16    As discussed above, the parties have already scheduled two depositions per day
17 for Thursday and Friday this week, and by weeks' end, will have completed eight of the
18 ten expert depositions. The parties respectfully request that the Court permit the
19 depositions of Mr. Blackseth and Mr. Gilbert to be completed on or before December
20 21, 2005, thus extending expert discovery for this limited purpose by three court days.

22 Dated: December 14, 2005        THE STURDEVANT LAW FIRM

                                  _____
24                                MARK T. JOHNSON
                                  Attorney for Plaintiffs

26 Dated: December 14, 2005        STUBBS & LEONE

                                  _____
28                                LOUIS A. LEONE
                                  Attorney for Defendants

3                                 2

Cherry v. City College, et. al. C-04-4981 WHA
Stipulation & [proposed] Order Re Expert Deposition Schedule

## ORDER

For good cause shown, the parties' stipulation is approved. The two depositions identified therein shall be completed on or before December 21, 2005.

**IT IS SO ORDERED.**



DATED: December 16, 2005

_____
HON. WILLIAM H. ALSUP
United States District Judge

3   3

Cherry v. City College, et. al. C-04-4981 WHA
Stipulation & [proposed] Order Re Expert Deposition Schedule