United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>          Defendants. | No. C 04-04981 WHA<br><br>**ORDER REQUESTING FURTHER INFORMATION** |

In reviewing the item-by-item listing, it would be very helpful to have the following:

(i)   A table of contents breaking out each campus and, within each campus, the particular structure. For example, it would be useful to know the page number where the Ocean Avenue Campus starts and where, within that section, the Rosenberg library starts. In some instances, it is unclear where the "room" referred to is, *i.e.*, what building it is in. Please make

this clear in the way you organize the table of contents. Please use indenting to help make clear what rooms and halls, etc., are in which building.

  (ii) For each building state whether it is "existing" or "new," separately as to the ADA and Section 504. Treat anything built or altered on or after June 3, 1977, and prior to January 18, 1991 as "new" under Section 504.

  (iii) State which set of guidelines you contend applies, if any, to the particular structure or facility, keeping in mind that ADAAG cannot be used in one part of a building and UFAS in another part.

The format should appear as follows (hypothetical):

| Structure | Page | §504 | ADA | Guideline |
|---|---|---|---|---|
| Airport Campus | 1 | | | |
|  Building One | 1 | New | Existing | UFAS |
|  Entire Campus | 3 | New | Existing | UFAS |

Defendants must do so by **NOON MONDAY, JANUARY 9, 2006**. By the **12TH** at **NOON**, plaintiffs shall respond and identify each and every disagreement with the new versus existing designation, but the page number should be keyed to plaintiffs' submission. Plaintiff must also state which guidelines it contends should apply consistently to any particular building.

**IT IS SO ORDERED.**

Dated: January 4, 2006

            WILLIAM ALSUP
            UNITED STATES DISTRICT JUDGE