Case 3:04-cv-04981-WHA   Document 511   Filed 01/06/06   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO EXCEED PAGE LIMIT AND AMENDING BRIEFING SCHEDULE AND HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

1. Plaintiffs request leave to file an opposition brief to defendants' motion for summary judgment that exceeds the 25-page limit. The proposed brief is 47 pages, nearly double the limit. This is beyond the pale. It is disappointing that counsel would impose this burden as a *fait accompli*. With great reluctance, plaintiffs' request is **GRANTED** but at the expense of reducing plaintiffs' reply brief to be filed next week.

United States District Court
For the Northern District of California

1    2.    Because of the overlapping nature of the cross-motions for summary judgment, the Court finds that the parties have essentially already replied to each other. This order therefore imposes the following more expedited schedule for these cross-motions.

        a.    The parties' reply briefs will be due by **NOON, JANUARY 10, 2006**.

        b.    Defendants have **TWELVE** pages for their reply brief. The brief must be double-spaced, with twelve-point font and contain no footnotes. Defendants may not submit additional declarations.

        c.    Plaintiffs have **SIX** pages for their reply brief. The brief must be double-spaced, with twelve-point font and contain no footnotes. Plaintiffs may not submit additional declarations.

        d.    Hearing on the cross-motions is rescheduled for **1:30 P.M., JANUARY 12, 2006**.

**IT IS SO ORDERED.**

Dated: January 6, 2006

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE