IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>        Defendants.<br> | No. C 04-04981 WHA<br><br>**NOTICE REGARDING ISSUE TO BE ARGUED** |

    Section 504 of the ADA (not of the 1973 Act) required the ATBCB to issue supplemental minimum guidelines, including for Title II. The ATBCB announced its intention to issue Title II guidelines in the future. *See* 56 Fed. Reg. at 35711 (col. 1); *see also* DOE/OCR Manual at p. 171 (top paragraph). Counsel shall trace with precision and without spin the subsequent history on this point at the hearing and may—without enlargement of the page limit—address it in the reply memoranda. Is ADAAG the "minimum" for Title II and, if so, where in the Federal Register does it expressly say so.

    **IT IS SO ORDERED.**

Dated: January 9, 2006

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE