**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated, | No. C 04-04981 WHA |
| Plaintiffs, | **ORDER REGARDING PRETRIAL DISCLOSURES AND LIST OF ERRATA** |
| v. | |
| THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor, | |
| Defendants. | |

1. With respect to the parties' dispute about pretrial disclosures, all counsel are directed to paragraph 17 of the Court's First Amended Case Management Order issued on February 28, 2005.

2. As for the dispute over plaintiffs' proposed submission of a list of errata to their barrier list, the Court lacks information. The parties are instructed to stop sending the Court letters with such requests. The parties should make any such requests through formal motions. Letters are only for discovery. Discovery is now closed.

**IT IS SO ORDERED.**

Dated: January 18, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE