IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,

    Defendants.

No. C 04-04981 WHA

**ORDER**

At least two work days before the final pretrial conference, counsel are requested to submit a joint form of order to reduce the admitted violations to a formal order (without prejudice to rights of appeal of the summary-judgment order). The admitted violations should be spelled out with specificity in the order.

**IT IS SO ORDERED.**

Dated: January 23, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE