Guy B. Wallace, State Bar No. 176151
Elisa P. Laird, State Bar No. 225563
Saïda Benguerel, State Bar No. 240837
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Facsimile:    (415) 421-7105

James C. Sturdevant, State Bar No. 94551
Mark T. Johnson, State Bar No. 76904
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA  94111
Telephone:   (415) 477-2410
Facsimile:    (415) 477-2420

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTORIA CHERRY, on behalf of herself and all others similarly situated, and MARGIE CHERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY COLLEGE OF SAN FRANCISCO, et al.,<br><br>Defendants. | No. C 04-4981 WHA<br><br>**CLASS ACTION**<br><br>[proposed] **ORDER RE PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO EXCUSE ESTORIA CHERRY FROM ATTENDING THE PRETRIAL CONFERENCE HEARING**<br><br>Date:   January 30, 2006<br>Time:   2:30 p.m.<br>Place:  Courtroom 9<br><br>Trial Date: February 14, 2006 |

SCHNEIDER & WALLACE

[proposed] Order Re Plaintiffs' Misc. Admin. Req. For Leave To Excuse Estoria Cherry From Attending The Pretrial Conference Hearing
*Cherry v. City College*, C-04-4981 WHA

The Court has reviewed Plaintiffs' Administrative Request For Leave To Excuse Estoria Cherry From Attending the Pretrial Conference Hearing, and GOOD CAUSE APPEARING THEREFORE, hereby GRANTS Plaintiffs' Request.

IT IS SO ORDERED.

Dated: January __, 2006

[STAMP: GRANTED — Judge William H. Alsup — United States District Court, Northern District of California]

_____
HON. WILLIAM H. ALSUP
United States District Judge

SCHNEIDER & WALLACE

1

[proposed] ORDER RE PLAINTIFFS' MISC. ADMIN. REQ. FOR LEAVE TO EXCEED PAGE LIMIT
*Cherry v. City College,* C-04-4981 WHA