1  LOUIS A. LEONE, ESQ. (CSB #099874)
2  KATHLEEN DARMAGNAC, ESQ. (CSB #150843)
   **STUBBS & LEONE**
3  2175 N. California Blvd., Suite 900
   Walnut Creek, CA  94596
4  Telephone: (925) 974-8600
   Facsimile: (925) 974-8601
5

6

   Attorneys for Defendants
7  SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, et al.

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  MARGIE CHERRY and ESTORIA CHERRY    | **Case No.:     C04-4981 WHA**
    on behalf of themselves and all others
12  similarly situated,                  | **[PROPOSED] ORDER**

13                                       | **RE: DEFENDANTS' ADMITTED**
              Plaintiffs,                |     **VIOLATIONS**
14
          vs.
15
    THE CITY COLLEGE OF SAN             | **Trial Date:    February 14. 2006**
16  FRANCISCO ("City College"); et al.  |                 **Hon. William H. Alsup**

17            Defendants.

18

19

20          On January 19, 2006, over objections and subject to rights of appeal, per the Court's

21  order defendants filed an "admitted violations" list that was compiled by reviewing defendants'

22  court-ordered responses to the items specifically identified on plaintiffs' "alleged" barrier list.

23  The Court now finds that those items are admitted as violations of  Section 504 of the

24  Rehabilitation Act of 1973 and Title II of the Americans with Disabilities Act of 1990.  The

25  items are specifically set forth herein (identified first by campus, then building (where

26  applicable), location in the building, and then the specific item described), as follows:

27

28

                                        1
    [PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS
    C04-4981 WHA

1

2

| CASTRO VALENCIA CAMPUS | |
|---|---|
| **Location of Item** | **Condition** |
| **Path of Travel Between Boundary of Site and Primary Entrances: Ramp to Designated Accessible Entrance - East Side of Building at Southeast Corner** | **Ramp:** The vertical drop step approx eight feet from the ramp end of the landing is not protected by a raised edge along the face of the bottom landing, as required |

| DOWNTOWN CAMPUS | |
|---|---|
| **Location of Item** | **Condition** |
| **2ND Floor: Library<br>Media Room/ Computer Room** | **Entry Door:** Door requires greater than the maximum 5 lbs of force to open. |
| **3rd Floor: Women's Restroom** | **Accessible Stall:** The clear floor space between the side of the toilet and the face of the adjacent stall wall is significantly below the 32" minimum required. |
| **5th Floor: Men's Restroom** | **Door:** Door requires greater than the maximum 5 lbs of force to open. |
| | **Toilet:** The centerline of the toilet is not 18" from the wall as required. |
| | **Vestibules:** The strike edge provided on the pull side of this door is below the 18" minimum. |
| **5th Floor: Women's Restroom** | **Door:** Door requires greater than the maximum 5 lbs of force to open. |
| | **Stall**: The door swings between the front face of the toilet and the door swing is less than the 48" required. |
| | **Toilet**: The centerline of the toilet is not 18" from the wall as required. |
| **8th Floor: Men's Restroom** | **Urinals:** The urinals provided in this restroom project below the required 14" minimum and are mounted above the maximum 17". |
| **8th Floor: Room 822** | **Door:** Door does not have accessible operating hardware. |

2

**[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS**
**C04-4981 WHA**

| EVANS CAMPUS | |
|---|---|
| **Location of Item** | **Condition** |
| **Men's Restroom off Auto Shop** | **Coat Hooks:** Set at a height which exceeds the permitted maximum height of 48". |
| | **Grab Bars:** The edge of the side grab bar extends less than the required minimum 52" from rear wall. |
| | **Grab Bars:** The rear grab bar is less than minimum 36". |
| | **Paper Towel Dispenser:** Does not have accessible operating hardware. |
| | **Sink Pipe Insulation:** Hot or sharp-surfaced water/ drain pipe not insulated or covered which is a safety issue. |
| | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |
| | **Toilet Paper Dispenser:** The toilet paper dispenser is not within 12" as is required. |
| **Women's Restroom off Auto Shop** | **Coat Hook:** Set at a height which exceeds the permitted maximum height of 48". |
| | **Grab Bars:** The rear grab bar is less than minimum 36". |
| | **Grab Bars:** The edge of the side grab bar extend less than the required minimum 52" from rear wall. |
| | **Paper Towel Dispenser:** Does not have accessible operating hardware. |
| | **Sink Pipe Insulation:** Hot or sharp-surfaced water/ drain pipe not insulated or covered which is a safety issue |
| | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |
| | **Stall Door:** The door to the accessible stall swings into the stall; this configuration does not meet all clearances required in the stall |

///

**[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS**
**C04-4981 WHA**

| GOUGH STREET CAMPUS | |
|---|---|
| **Location of Item** | **Condition** |
| **Entrance at Gough St** | **Entrance:** No compliant signage is provided as required. |
| | **Entrance Door:** Does not have required 3-second pause. |
| **Exterior entrances: Main Entrance at Parking Lot** | **Entrance:** No compliant signage is provided as required. |

| JOHN ADAMS CAMPUS | |
|---|---|
| **Location of Item** | **Condition** |
| **1st Floor Elevator Lobby** | **Doors:** Door requires greater than the maximum allowable force to open. |
| **Basement Level: Men's Restroom Rm. 48** | **Accessible Stall:** No loop handle on the interior side of the stall door as required. |
| | **Grab Bar:** The edge of the side grab bar extends less than the required minimum 52" from rear wall. |
| | **Stall Door:** The stall door closer is broken. |
| **Basement Level: Unisex Restroom Rm. 54** | **Entry Door:** Does not have sufficient 3 second sweep time. |
| **Gymnasium: Men's Restroom** | **Grab Bar:** The edge of the side grab bar is more than the permitted maximum of 12" from the rear wall. |
| **Gymnasium: Men's Restroom** | **Door:** Door requires greater than the maximum 5 lbs of force to open. |
| **Gymnasium: Women's Restroom** | **Door:** Door requires greater than the maximum 5 lbs of force to open. |

| OCEAN CAMPUS BATMALE HALL | |
|---|---|
| **Location of Item** | **Condition** |
| **4th Floor Men's Restroom** | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |

[PROPOSED] ORDER RE: DEFENDANTS' ADMITTED VIOLATIONS
C04-4981 WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| OCEAN CAMPUS BATMALE HALL | |
|---|---|
| **Location of Item** | **Condition** |
| **4th Floor Women's Restroom** | **Grab Bars:** The edge of the side grab bar extends less than the required minimum 52" from the rear wall. |
| | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |
| **5th Floor Men's Restroom** | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |
| **5th Floor Women's Restroom** | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |
| **6th Floor Men's Restroom** | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |
| **6th Floor Women's Restroom** | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |
| **7th Floor Men's Restroom** | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |
| **7th Floor Women's Restroom** | **Stall A:** U-shaped handle or loop is required on both sides of the accessible stall door. |

| OCEAN CAMPUS CHILD CARE CENTER | |
|---|---|
| **Location of Item** | **Condition** |
| **Ramp at East Building Entrance** | **Ramp Landing**: Bottom landing at ramp not level (2% slope max). |

| OCEAN CAMPUS CLOUD HALL | |
|---|---|
| **Location of Item** | **Condition** |
| **1ST Floor Men's Restroom (Rm. C134)** | **Accessible Stall:** No loop handle on the interior side of the stall door as required. |
| | **Door:** Door requires greater than the maximum 5 lbs of force to open. |

5

| OCEAN CAMPUS CLOUD HALL | |
|---|---|
| **Location of Item** | **Condition** |
| **1st Floor Women's Restroom (Rm. C129)** | **Accessible Semi-Ambulant Stall:** No loop handle on the interior side of the stall door as required. |
| | **Door:** Door requires greater than the maximum 5 lbs of force to open. |
| | **Sink Pipe Insulation:** Hot or sharp-surfaced water/drain pipe not insulated or covered which is a safety issue. |
| **2nd Floor** | **Building Directory:** Information locating the accessible restrooms and elevators is not provided. |
| **2nd Floor: Men's Restroom (Rm. C250)** | **Accessible Semi-Ambulant Stall:** No loop handle on the interior side of the stall door as required. |
| | **Door:** Door requires greater than the maximum 5 lbs of force to open. |
| **2nd Floor:  Women's Restroom (Rm. C234)** | **Accessible Stall:** No loop handle on the interior side of the stall door as required. |
| | **Accessible Stall Door**: The landing at the pull side of the stall door less than minimum of 48" clear space due to obstruction of the paper towel dispenser and lavatory. |
| | **Door:** Door requires greater than the 5 lbs. of force to open. |
| | **Sink:** The P-trap extends from the wall beyond the maximum of 6". |
| **3rd Floor** | **Building Directory:** Information locating the accessible restrooms and elevators is not provided. |
| **3rd Floor:  Men's Restroom (Rm. C360A)** | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |
| | **Sink Pipe Insulation:** Hot or sharp-surfaced water/drain pipe not insulated or covered which is a safety issue. |
| **3rd Floor:  Women's Restroom (Rm. C361A)** | **Door:** Door requires greater than the maximum 5 lbs. of  force to open. |
| | **Sink Pipe Insulation:** Hot or sharp-surfaced water/drain pipe not insulated or covered which is a safety issue. |
| **4th Floor:  Unisex Restroom (Right Side)** | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |
| | **Hallway Width:** There is less than minimum (sic) 48" deep landing at push side of door. |

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| OCEAN CAMPUS CREATIVE ARTS BUILDING | |
| --- | --- |
| **Location of Item** | **Condition** |
| **1st Floor: Men's Accessible Room** | **Accessible Stall:** No loop handle on the interior side of the stall door required. |
| **1st Floor: Women's Restroom** | **Accessible Stall:** No loop handle on the interior side of the stall door required. |
| **2nd Floor:  Men's Restroom** | **Accessible Stall:** No loop handle on the interior side of the stall door required. |
| **2nd Floor: Women's Restroom** | **Accessible Stall:** The centerline of the toilet is not 18" from the wall as required. |
| **3rd Floor Men's Restroom** | **Accessible Stall:** The centerline of the toilet is not 18" from the wall as required. |
| **3rd Floor: Women's Restroom** | **Accessible Stall:** The centerline of the toilet is not 18" from the wall as required. |
| **Diego Rivera Theatre: Men's Restroom (Rm. 153)** | **Accessible Stall:** The centerline of the toilet is not 18" from the wall as required. |
| **Diego Rivera Theatre: Women's Restroom (Rm. 154)** | **Accessible Stall:** The centerline of the toilet is not 18" from the wall as required. |
| | **Sink Pipe Insulation:** Hot or sharp-surfaced water/drain pipe not insulated or covered which is a safety issue. |

| OCEAN CAMPUS CREATIVE ARTS EXTENSION | |
| --- | --- |
| **Location of Item** | **Condition** |
| **1st Floor: Men's Restroom (Rm. A194)** | **Accessible Stall:** The centerline of the toilet is not 18" from the wall as required. |
| | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:** The edge of the side grab bar extends less than the required minimum 52" from the rear wall. |
| | **Toilet Paper Dispenser:** The toilet paper dispenser is not mounted below the grab bar as required. |

7

**[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS**
**C04-4981 WHA**

| OCEAN CAMPUS CREATIVE ARTS EXTENSION | |
| --- | --- |
| **Location of Item** | **Condition** |
| **1st Floor: Women's Restroom (Rm. A192)** | **Accessible Stall:** The centerline of the toilet is not 18" from the wall as required. |
| | **Accessible Stall:** No loop handle on the interior side of the stall door required. |
| | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:** The edge of the side grab bar extends less than the required minimum 52" from the rear wall. |
| **2nd Floor: Men's Restroom Rm. 272** | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:** The edge of the side grab bar extends less than the required minimum 52" from the rear wall. |
| **2nd Floor: Women's Restroom Rm. 270** | **Accessible Stall:** The centerline of the toilet is not 18" from the wall as required. |
| | **Accessible Stall:** No loop handle on the interior side of the stall door required. |
| | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:** The edge of the side grab bar extends less than the required minimum 52" from the rear wall. |
| | **Sanitary Seat Cover Dispenser:** Mounted higher than the permitted 40" maximum above finished floor. |

| OCEAN CAMPUS: - EXTERIOR PATHS OF TRAVEL | |
| --- | --- |
| **Location of Item** | **Condition** |
| **Curb Ramp at Crosswalk #8 (South)** | **Curb Ramp:** Built-up curb ramp projects into traffic lane. |
| **Curb Ramp East of Crosswalk #12** | **Curb Ramp:** No level landing (2% slope max) provided at top of curb ramp. |
| **Curb Ramp in Front of Science Hall** | **Public Pay Telephone:** The highest operable mechanism of the telephone is more than the |

[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS
C04-4981 WHA

## OCEAN CAMPUS: - EXTERIOR PATHS OF TRAVEL

| Location of Item | Condition |
|---|---|
|  | maximum of 48" on center as specified. |
| East Sidewalk on Phelan Ave. | **Sidewalk:** Pavement dislocation and bridge transition creates abrupt change in level exceeding ½" in height. |
| Entrance to Pedestrian Overpass to BART | **Walkway:** Pavement dislocation and bridge transition creates abrupt change in level exceeding ½" in height. |
| Upper Accessible Parking at Central Campus | **Accessible Parking:** Two of eight accessible parking do not have designated (outlined and hatched) access aisles. |
| Upper Ramp Landing | **Ramp:** At transition, pavement dislocation creates an abrupt change due to a 1" wide gap between panels. |

## OCEAN CAMPUS: - ORNAMENTAL HORTICULTURE

| Location of Item | Condition |
|---|---|
| Exterior Entrance (#1):  Main Entrance (North) | **Swing Door:** Do not have required 3 second pause. |
| Men's Locker Accessible Restroom | **Accessible Stall:** The stall door closer is broken. |
|  | **Accessible Stall:** No loop handle on the interior side of the stall door as required. |
|  | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |
|  | **Sink:** Knee space clearance does not meet minimum 27" above finished floor. |
| Path of Travel | **Walkways:** Broken cement. |
| Women's Locker Restroom | **Accessible Stall:** No loop handle on the interior side of the stall door as required. |
|  | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |
|  | **Mirror:** The lower edge of the mirror is above the required maximum of 40" above finished floor. |

[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS
C04-4981 WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| OCEAN CAMPUS: - ROSENBERG LIBRARY | |
|---|---|
| **Location of Item** | **Condition** |
| **1st Floor:  Unisex Restroom (Rm. 109)** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Sanitary Seat Cover Dispenser:** Mounted higher than the permitted 40" maximum above finished floor. |
| **2nd Floor:  Computer Lab Rm. R209** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| **2nd Floor: Computer Lab Rm. 210** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| **2nd Floor: Language Lab Rm. 205** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| **2nd Floor: Learning Assistance Center Rm. R207-R232** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| **2nd Floor:  Men's Restroom Room 201** | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:**  The edge of the side grab bar extends less than the required minimum 52" from rear wall. |
| **2nd Floor: Women's Restroom Rm. 202** | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:**  The edge of the side grab bar extends less than the required minimum 52" from rear wall. |
| | **Semi-Ambulant Stall:**  No loop handle on the interior side of the stall door as required. |
| **3rd Floor:  Audio Visual Rm. R306** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| **3rd Floor:  Disabled Students Persons & Services R 323** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| **3rd Floor: Men's Restroom Rm. 303** | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |

[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS
C04-4981 WHA

| OCEAN CAMPUS: - ROSENBERG LIBRARY | |
|---|---|
| **Location of Item** | **Condition** |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:**  There is no side grab bar provided. |
| | **Stall Door:**  The strike clearance at the push side of the door is less than the required minimum 12" clear. |
| 3rd Floor: Men's Restroom Rm. 317 | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:**  The edge of the side grab bar extends less than the required minimum 52" from rear wall. |
| 3rd Floor: Multi-Media Rm. 301 | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| 3rd Floor:  Multi-Media Rm. R304 | **Accessible Seating:**  There are 63 fixed seats and there is one designated wheelchair space provided in the back (4 accessible wheelchair spaces are required.) |
| | **Aisle Width:** Aisle from the door to the front of the room is obstructed at a width less than the 36" minimum based on location of fixed seats. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open |
| | **Door:**  The strike clearance of the door is blocked by fixed seating  (18" minimum to a depth of 60" minimum.) |
| | **Door:**  The landing on the push side of the door is less than the required 48" minimum. |
| 3rd Floor:  Multi-Media Rm. R305 | **Accessible Seating:**  There are 56 fixed seats and there is one designated wheelchair space provided in the back (4 accessible wheelchair spaces are required.) |
| | **Aisle Width:**  Is less than the required 36" minimum from the door to the front of the room. |
| | **Door:**  The landing on the push side of the door is less than the required 48" minimum. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |

[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS
C04-4981 WHA

| OCEAN CAMPUS: - ROSENBERG LIBRARY | |
|---|---|
| **Location of Item** | **Condition** |
| **3rd Floor:  Women's Restroom Rm. 302** | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:**  The edge of the side grab bar extends less than the required minimum 52" from rear wall. |
| **3rd Floor:  Women's Restroom Rm. 318** | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Semi-Ambulant Stall:**  No loop handle on the interior side of the stall door as required. |
| **4th Floor:  Library Lab R414** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| **4th Floor: Main Library Entrance** | **Gates:** There are four (4) gates with a more than 10" above finished floor minimum smooth solid bottom on the push side. |
| **4th Floor:  Media Center Rm. 403** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Entrance Gate Gap:**  The entry/exit gate has more than allowed 10" above finished floor minimum gap. |
| | **Gates:**  The clearance between the series of gates is less than the required 48" minimum. |
| **4th Floor: Men's Restroom Rm. 402** | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:**  There is no side grab bar provided. |
| | **Stall Door:**  The strike clearance at the push side of the door is less than the required minimum 12" clear. |
| **4th Floor:  Reserve Book Rm. R407** | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |

[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS
C04-4981 WHA

| OCEAN CAMPUS: - ROSENBERG LIBRARY | |
| --- | --- |
| **Location of Item** | **Condition** |
| | **Stall Door:**  There is a 5" strike clearance at the push side of the door that is blocked by the checkout counter (12" minimum.) |
| 4th Floor: Women's Restroom Rm. 401 | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Door:**  There is a twist type lock. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| 5th Floor:  Drinking Fountain:    Near the Women's Restroom | **Drinking Fountains:**  Existing drinking fountains are not accessible. |
| 5th Floor: Group Study Rms. R511-R516 | **Stall Door:**  There is a 5" strike clearance at the push side of the door that is blocked by the checkout counter (12" minimum.) |
| 5th Floor: Men's Restroom Rm. 522 | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Door:**  Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:**  The edge of the side grab bar extends less than the required minimum 52" from rear wall. |
| | **Path of Travel to Accessible Stall:**  The clearance between the front of the lavatory and the partition wall is less than the required 44" minimum clear width in path of travel. |
| | **Sanitary Seat Cover Dispenser:**  Mounted higher than the permitted 40" maximum above finished floor. |
| 5th Floor:  Women's Restroom Rm. 523 | **Accessible Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Semi-Ambulant Stall:**  No loop handle on the interior side of the stall door as required. |
| | **Toilet Paper Dispenser:**  Outer edge not within 36"from back wall and maximum 12" from front edge of toilet. |
| Exterior Entrance: 4th Floor | **Signage:**  There is no conforming signage provided. |

[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS
C04-4981 WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| OCEAN CAMPUS - SCIENCE HALL | |
| --- | --- |
| **Location of Item** | **Condition** |
| **3rd Floor: Men's Restroom 337** | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |
| | **Grab Bars:** Fixed seat cover dispenser obstructs grab bar use. |
| | **Grab Bars:** At toilet, providing side transfer, side grab bar starting less than 52" from rear wall. |
| | **Stall Door:** Stall door to accessible compartment not self-closing. |
| **3rd Floor: Women's Restroom 321** | **Door:** Does not have accessible operating hardware. |
| | **Grab Bars:** At toilet, providing side transfer, side grab bar starting less than 52" from rear wall. |
| | **Water Closet:** Less than 18" from near sidewall to centerline of toilet. |

| OCEAN CAMPUS - EOPS | |
| --- | --- |
| **Location of Item** | **Condition** |
| **EOPS Office Suite: Women's Restroom** | **Door:** Door requires greater than the maximum 5 lbs. of force to open. |

| OCEAN CAMPUS - STADIUM | |
| --- | --- |
| **Location of Item** | **Condition** |
| **Lower Accessible Seating (North)** | **Ramp:** Bottom landing at ramp not level (2% slope max.) |
| **Lower Ramp to Accessible Seating (South)** | **Ramp:** Running slope greater than 1:12 (8.3%). |
| **Multi Accommodation Men's Restroom** | **Sink:** Knee space clearance does not meet minimum 27" above finished floor. |

[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS
C04-4981 WHA

| OCEAN CAMPUS - STADIUM | |
| --- | --- |
| **Location of Item** | **Condition** |
| | **Urinal:** Fixture mounted with rim more than 17" above floor. |
| **Multi Accommodation Women's Restroom** | **Semi-Ambulant Stall:** Semi-ambulant stall in restroom not compliant (one required where 6 or more exist.) No grab bars provided. |
| **Restroom Serving Chancellor's and Press Box** | **Grab Bars:** Rear grab bar less than 36" long. |
| | **Sink:** Clear floor space of 48" in front of fixture, extending 19" maximum under the lavatory, not provided. |
| | **Stall:** The existing toilet exceeds the requirements. |
| | **Swinging Door:** At push side, door does not have clear and level maneuvering space measuring door width x 48". |
| | **Water Closet – Flush Control Handle:** Not mounted toward wide side of stall. |
| | **Wheelchair Clearance:** Clear wheelchair turning space with a diameter of 60" not provided (T-space acceptable.) |
| **Single Accommodation Men's Restroom** | **Door:** Does not have accessible operating hardware. |
| | **Grab Bars:** Grab bars not at 33" from floor if no tank toilet. |
| **Single Accommodation Women's Restroom** | **Sink:** Knee space clearance does not meet minimum 27" above finished floor. |
| | **Stall Door:** Does not have accessible operating hardware. |
| | **Toilet:** The centerline of the toilet is not 18" from the wall as required. |
| | **Water Closet – Flush Control Handle:** Not mounted toward wide side of stall. |
| **Upper Accessible Seating (North)** | **Sidewalk:** Grating along entire accessible seating area has grid openings greater than ½" along the line of traffic flow. |
| **Upper Accessible Seating (South)** | **Sidewalk:** Grating along entire accessible seating area has grid openings greater than ½" along the line of traffic flow. |

[PROPOSED] ORDER RE:  DEFENDANTS' ADMITTED VIOLATIONS
C04-4981 WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| OCEAN CAMPUS – VISUAL ARTS | |
| --- | --- |
| **Location of Item** | **Condition** |
| **Interior Upper Level First Floor: Men's Room** | **Grab Bars**: In the accessible stall the seat cover dispenser is located above the grab bar behind the toilet.  The required 30" x 48" clear ground required for front or side approach is not provided. |
| | **Sink Pipe Insulation:**  Hot or sharp-surfaced water/drain pipe not insulated or covered which is a safety issue. |
| **Interior Upper Level First Floor: Women's Room** | **Grab Bars**: In the accessible stall the seat cover dispenser is located above the grab bar behind the toilet.  The required 30" x 48" clear ground required for front or side approach is not provided. |
| | **Mirror:**  The lower edge of the mirror is above the required maximum of 40" above finished floor. |
| | **Sink Pipe Insulation:**  Hot or sharp-surfaced water/drain pipe not insulated or covered which is a safety issue. |
| **Path of Travel to Visual Arts Lower Courtyard** | **Walkway:**  When the slope exceeds 5%, the walk must meet the requirements for a pedestrian ramp. |
| **Visual Arts Lower Courtyard** | **Path of Travel:** The cross-slope of the walk is excessive.  The maximum cross-slope of a walk shall not exceed 2%. |

**IT IS SO ORDERED.**

Dated: February 1, 2006



_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

16