Guy B. Wallace, (SBN 176151)
Elisa P. Laird, (SBN 225563)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7015
TTY: (415) 421-1655

James C. Sturdevant (SBN 94551)
Mark T. Johnson (SBN 76904)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA 94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for ESTORIA CHERRY on behalf
of herself and all others similarly situated, and
MARGIE CHERRY

Louis A. Leone, Esq. (State Bar No. 099874)
Kathleen Darmagnac, Esq. (State Bar No. 150843)
STUBBS & LEONE
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants, The City of San
Francisco, Lawrence Wong, Milton Marks, III, Dr.
Natalie Berg, Johnnie Carter, Jr., Dr. Anita Grier,
Julio J. Ramos, Rodel E. Rodis, and Dr. Philip R.
Day. Jr.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College"); LAWRENCE WONG, in his official capacity as President of the Board of Trustees; MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees; DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees; and DR. PHILIP R. DAY, JR., in his official capacity as Chancellor,<br><br>Defendants. | CASE NO. C 04-4981 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL**<br><br>TRIAL DATE: February 13, 2006, 7:30 a.m. |

ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL
Cherry, et al. v. City College of San Francisco, et al.   Case No. C-04-4981 WHA

Plaintiffs Estoria Cherry and Margie Cherry and defendants The City College of San Francisco, Lawrence Wong, Milton Marks, III, Dr. Natalie Berg, Johnnie Carter, Jr., Dr. Anita Grier, Julio J. Ramos, Rodel E. Rodis, Dr. Philip R. Day, Jr. by and through their respective counsel of record, hereby request permission to bring into the Courtroom at 1:00 p.m. on February 10, 2006, the following equipment necessary for the trial in the above-identified case scheduled for February 13, 2006:

- Hi-Lumens LCD Projector
- 8 ft Screen
- 4 way DA
- Loud Speaker
- XGA Cabling
- Elmo
- Printer
- Easels (2)

RESPECTFULLY REQUESTED,

Dated: February 9, 2006

Guy B. Wallace, (SBN 176151)
Elisa P. Laird, (SBN 225563)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

By: /s/ Guy B. Wallace
Guy B. Wallace

James C. Sturdevant, State Bar No. 94551
Mark T. Johnson, State Bar No. 76904
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA 94111

By: /s/ Mark T. Johnson
Mark T. Johnson

Attorneys for ESTORIA CHERRY on behalf of herself and all others similarly situated, and MARGIE CHERRY

Louis A. Leone, Esq. (State Bar No. 099874)
Kathleen Darmagnac, Esq. (State Bar No. 150843)
STUBBS & LEONE
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596

By: _____
Louis A. Leone

Attorneys for Defendants, The City of San Francisco, Lawrence Wong, Milton Marks, III, Dr. Natalie Berg, Johnnie Carter, Jr., Dr. Anita Grier, Julio J. Ramos, Rodel E. Rodis, and Dr. Philip R. Day. Jr.

F:\414_Cherry\Pleadings\P-Order Regarding Courtroom Equipment.wpd

1

ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL
Cherry, et al. v. City College of San Francisco, et al. Case No. C-04-4981 WHA

- 8ft Screen

- 4 way switch
- 4 way DA
- Loud Speaker
- XGA Cabling
- Elmo
- Printer
- Easels (2)

RESPECTFULLY REQUESTED,

Dated: February 1, 2006

Guy B. Wallace, State Bar No. 176151
Elisa P. Laird, State Bar No. 225563
Saïda Benguerel, State Bar No. 240837
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100

By: _____
    Guy B. Wallace

Louis A. Leone, State Bar No. 099874
Kathleen Darmagnac, State Bar No. 150843
STUBBS & LEONE
2175 N. California Blvd., Ste. 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600

By: _____
    Louis A. Leone

**IT IS SO ORDERED.**

Dated: February 9, 2006



———————————————
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL
Cherry, et al. v. City College of San Francisco, et al.   Case No. C-04-4981 WHA