1

2

3

4

5

6                                  IN THE UNITED STATES DISTRICT COURT

7                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   MARGIE CHERRY and ESTORIA CHERRY
     on behalf of themselves and all others similarly          No. C 04-04981 WHA
11   situated,

12              Plaintiffs,

13        v.                                                    **ORDER DENYING
                                                                STIPULATION TO
14   THE CITY COLLEGE OF SAN FRANCISCO                          CONTINUE CASE
     ("City College"), et al.,                                 MANAGEMENT
15                                                              CONFERENCE**

16              Defendants.
     _____/
17
     SAN FRANCISCO COMMUNITY
18   COLLEGE DISTRICT,

19              Cross-Complainant,

20        v.

21   SWINERTON & WALBERG COMPANY,
     a California corporation, VANIR
22   CONSTRUCTION MANAGEMENT, INC.,
     a California corporation, PATRI, BURLAGE,
23   MERKER ARCHITECTS, a California
     corporation, and its successor-in-interest,
24   PATRI MERKER ARCHITECTS, INC.,
     a California corporation, NIBBI BROS., INC.,
25   a California corporation, and ROES 1–20,

26              Cross-Defendants.
     _____/
27

28

*United States District Court*
*For the Northern District of California*

1        Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case

2    management conference, currently set for August 17, 2006, at 11:00 a.m.  A joint statement is

3    due August 10, 2006.

4

5

6        **IT IS SO ORDERED.**

7

8    Dated:  July 31, 2006.

                                                      

9                                            WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2