LOUIS A. LEONE, ESQ. (CSB #099874)
KATHLEEN DARMAGNAC, ESQ. (CSB #150843)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants/Cross-complainants
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College"); et al.<br><br>Defendants. | Case No.: C04-4981 WHA<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING AMENDED CROSS-COMPLAINT**<br><br>[FRCP 15(a)] |
| SAN FRANCISCO COMMUNITY COLLEGE DISTRICT,<br><br>Cross-Complainant,<br><br>vs.<br><br>SWINERTON & WALBERG COMPANY, a California corporation, et al.<br><br>Cross-Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the Cross-Complainant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT may file an

---

*Cherry v. City College, et. al.* C-04-4981 WHA
Stipulation & [Proposed] Order For Filing Amended Cross-Complaint

1

1  Amended Cross-Complaint per Fed.R.Civ.Proc. 15(a), a copy of which is attached
2  hereto.
3      IT IS FURTHER STIPULATED that the cross-defendants waive notice and
4  service of the amended cross-complaint and shall not be required to answer the
5  amendment and that all denials, responses and affirmative defenses contained in the
6  answer filed by each cross-defendant to the original cross-complaint shall be responsive
7  to the amended cross-complaint. Furthermore, Cross-Defendant Swinerton Builders
8  specifically denies each and every allegation contained in paragraphs 11, 15, 16, 39 -
9  43, and 60 of the amended cross-complaint

| | |
|---|---|
| Dated: September __, 2006 | STUBBS & LEONE |
| | |
| | KATHLEEN DARMAGNAC |
| | Attorney for Defendants |
| | |
| Dated: September 15, 2006 | HANSON BRIDGETT |
| | |
| | KURT A. FRANKLIN |
| | GREGORY KORBEL |
| | Attorney for Cross-Defendant |
| | Swinerton Builders |
| | |
| Dated: September __, 2006 | GORDON & REES |
| | |
| | LISA A. PERROT |
| | Attorney for Cross-Defendant Patri, |
| | Burlage, Merker Architects and |
| | Patri.Merker Architects, Inc |
| | |
| Dated: September __, 2006 | |
| | |
| | H.VINCENT MCLAUGHLIN |
| | Attorney for Cross-Defendant Vanir |
| | Construction Management, Inc. |

*Cherry v. City College, et. al.* C-04-4981 WHA
Stipulation & [Proposed] Order For Filing Amended Cross-Complaint

1  Amended Cross-Complaint per Fed.R.Civ.Proc. 15(a), a copy of which is attached
2  hereto.
3      IT IS FURTHER STIPULATED that the cross-defendants waive notice and
4  service of the amended cross-complaint and shall not be required to answer the
5  amendment and that all denials, responses and affirmative defenses contained in the
6  answer filed by each cross-defendant to the original cross-complaint shall be responsive
7  to the amended cross-complaint. Furthermore, Cross-Defendant Swinerton Builders
8  specifically denies each and every allegation contained in paragraphs 11, 15, 16, 39 -
9  43, and 60 of the amended cross-complaint

11  Dated: September 15, 2006      STUBBS & LEONE

13       KATHLEEN DARMAGNAC
14       Attorney for Defendants

16  Dated: September __, 2006      HANSON BRIDGETT

17       KURT A. FRANKLIN
18       GREGORY KORBEL
     Attorney for Cross-Defendant
19       Swinerton Builders

20  Dated: September __, 2006      GORDON & REES

22       LISA A. PERROT
     Attorney for Cross-Defendant Patri,
23       Burlage, Merker Architects and
     Patri,Merker Architects, Inc

25  Dated: September 15, 2006

27       H.VINCENT MCLAUGHLIN
     Attorney for Cross-Defendant Vanir
28       Construction Management, Inc.

Cherry v. City College, et. al. C-04-4981 WHA
Stipulation & [Proposed] Order For Filing Amended Cross-Complaint

2

1 Amended Cross-Complaint per Fed.R.Civ.Proc. 15(a), a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the cross-defendants waive notice and service of the amended cross-complaint and shall not be required to answer the amendment and that all denials, responses and affirmative defenses contained in the answer filed by each cross-defendant to the original cross-complaint shall be responsive to the amended cross-complaint. Furthermore, Cross-Defendant Swinerton Builders specifically denies each and every allegation contained in paragraphs 11, 15, 16, 39 - 43, and 60 of the amended cross-complaint

Dated: September __, 2006

STUBBS & LEONE

_____
KATHLEEN DARMAGNAC
Attorney for Defendants

Dated: September __, 2006

HANSON BRIDGETT

_____
KURT A. FRANKLIN
GREGORY KORBEL
Attorney for Cross-Defendant
Swinerton Builders

Dated: September 14, 2006

GORDON & REES

/s/ *signature*
LISA A. PERROT
Attorney for Cross-Defendant Patri, Burlage, Merker Architects and Patri.Merker Architects, Inc

Dated: September ___, 2006

_____
H. VINCENT MCLAUGHLIN
Attorney for Cross-Defendant Vanir Construction Management, Inc.

---

*Cherry v. City College, et. al.* C-04-4981 WHA
Stipulation & [Proposed] Order For Filing Amended Cross-Complaint

2

## ORDER

Leave to file the Amended Cross-Complaint is GRANTED.

**IT IS SO ORDERED.**

DATED: September 18, 2006



_____
HON. WILLIAM H. ALSUP
United States District Judge