United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRY ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ET AL,<br><br>    Defendant.<br>                                       / | No. C 04-04981 WHA<br><br>**ORDER DENYING STIPULATION SHORTENING TIME TO HEAR SWINERTON BUILDERS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

In light of cross-defendant Swinerton Builders' motion for determination of good faith settlement, all other cross-defendants are entitled to be heard on the settlement bar sought by this motion. The application to shorten time must be denied because it is not agreed to by all cross-defendants.

Accordingly, the motion for determination of good faith settlement shall be heard on **THURSDAY, JANUARY 4, 2007, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: November 30, 2006

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE