| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| | KURT A. FRANKLIN - 172715 |
| 2 | GREGORY J. KORBEL - 224026 |
| | 425 Market Street, 26th Floor |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 777-3200 |
| 4 | Facsimile: (415) 541-9366 |
| | gkorbel@hansonbridgett.com |
| 5 | |
| | Attorneys for Cross-Defendant |
| 6 | SWINERTON BUILDERS |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGIE CHERRY and ESTORIA CHERRY on behalf of themselves and all others similarly situated, | | No. C04-4981 WHA |
| | Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR SWINERTON BUILDER'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |
| v. | | |
| THE CITY COLLEGE OF SAN FRANCISCO ("City College"), et al., | | |
| | Defendant. | |
| SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, | | |
| | Cross-Complainant, | |
| v. | | |
| SWINERTON & WALBERG COMPANY, a California corporation; VANIR CONSTRUCTION MANAGEMENT, INC., a California corporation; PATRI, BURLAGE, MERKER, ARCHITECTS, a California corporation, and its successor-in-interest PATRI, MERKER, ARCHITECTS, INC., a California corporation; NIBBI BROS. INC., a California corporation, and ROES 1-20, | | |
| | Cross-Defendants. | |

- 1 -

AMENDED STIPULATION AND [PROPOSED] ORDER SHORTENING TIME
TO HEAR SWINERTON BUILDER' MOTION FOR GOOD FAITH
SETTLEMENT

1288992.1

1     **IT IS HEREBY STIPULATED** by and between the parties that the Motion of Swinerton Builders (hereinafter "Swinerton") for Determination of Good Faith Settlement currently set for January 4, 2007, be heard on shortened time. Rather than the standard notice and briefing schedule, the parties respectfully request that the Court hear the matter on shortened time and set the following briefing schedule:

    (1) The Motion was e-filed and e-served on November 28, 2006, Cross-Defendant Nibbi Brothers was personally served with the Motion on December 1, 2006;

    (2) Opposition papers to be e-filed and e-served by noon on December 11, 2006;

    (3) Reply papers to be e-filed and e-served by noon on December 12, 2006; and

    (4) Motion to be heard at 8:00 a.m. on December 14, 2006.

    Swinerton's Motion for Determination of Good Faith Settlement is appropriate as the settlement agreement entered into between Swinerton and the San Francisco Community College District is contingent on the Court's determination that it was entered into in good faith. A prompt determination on this issue will enable the parties to finalize the resolution of this dispute.

    Since Swinerton was served with the Cross-Complaint in this action there has only been one time extension; the District granted Swinerton a 20-day extension to file its responsive pleading. In addition, in July 2006, the parties requested that the Court continue the Case Management Conference scheduled for August 17, 2006 for 30 days. This request was denied.

    Hearing this motion on shortened time will not impact the remaining schedule for this case. Because all other parties are also in the process of finalizing settlements with the District, hearing this motion on shortened time will enable to Court to clear this case from its docket much earlier than if the parties are forced to wait the full 35 days from service to have this matter heard.

- 2 -
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR
SWINERTON BUILDER'S MOTION FOR GOOD FAITH SETTLEMENT

1288992.1

| | | |
|---|---|---|
| 1 | DATED: December 1, 2006 | Hanson Bridgett Marcus Vlahos & Rudy, LLP |
| 2 | | |
| 3 | | By: /s/ signature |
| 4 | | GREGORY J. KORBEL<br>Attorneys for Cross-Defendant |
| 5 | | SWINERTON BUILDERS |
| 6 | | |
| 7 | DATED: December 1, 2006 | Stubbs & Leone |
| 8 | | |
| 9 | | By: /s/<br>KATHLEEN DARMAGNAC |
| 10 | | Attorneys for Cross-Complainant<br>SAN FRANCISCO COMMUNITY |
| 11 | | COLLEGE DISTRICT |
| 12 | DATED: December 1, 2006 | Gordon & Rees |
| 13 | | |
| 14 | | By: /s/ |
| 15 | | LISA A. PERROT<br>Attorneys for Cross-Defendant PATRI |
| 16 | | BURLAGE MERKER ARCHITECTS and<br>its successor-in-interest PATRI, MERKER, |
| 17 | | ARCHITECTS, INC. |
| 18 | DATED: December 1, 2006 | Vanir Construction Management, Inc. |
| 19 | | |
| 20 | | By: /s/ |
| 21 | | H. VINCENT MCLAUGHLIN<br>Attorneys for Cross-Defendant VANIR |
| 22 | | CONSTRUCTION MANAGEMENT INC. |
| 23 | DATED: December 1, 2006 | Law Offices of Gregory R. Shaughnessy |
| 24 | | |
| 25 | | |
| 26 | | By: /s/<br>GREGORY R. SHAUGHNESSY |
| 27 | | Attorneys for Cross-Defendant NIBBI<br>BROS. CONSTRUCTION |
| 28 | | |

- 3 -

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR
SWINERTON BUILDER'S MOTION FOR GOOD FAITH SETTLEMENT

1288992.1

**ORDER**

For good cause shown, the parties' stipulation is approved. The hearing on Swinerton Builder's Motion for Determination of Good Faith Settlement currently set for January 4, 2007, shall be heard on shortened time pursuant to the following briefing schedule.

(1) The Motion will be e-filed and e-served with this stipulation on November 28, 2006;

(2) Opposition papers to be e-filed and e-served by noon on December 11, 2006;

(3) Reply papers to be e-filed and e-served by noon on December 12, 2006; and

(4) Motion to be heard at 8:00 a.m. on December 14, 2006.

**IT IS SO ORDERED**

Dated: December 5, 2006



HON. WILLIAM H. ALSUP
United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR
SWINERTON BUILDER'S MOTION FOR GOOD FAITH SETTLEMENT

1288992.1