IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY AND ESTORIA CHERRY, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ET. AL.,<br><br>    Defendants.<br>_____/<br>AND RELATED CROSS-ACTION<br>_____/ | No. C 04-04981 WHA<br><br>**ORDER RE VANIR CONSTRUCTION MANAGEMENT'S APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION** |

    Cross-defendant Vanir Construction Management, Inc.'s application for an order confirming good-faith settlement is **DENIED.** To get an order confirming good-faith settlement, Vanir will either have to file a motion on the 35-day track giving all parties notice and an opportunity to be heard, or have all parties to the action stipulate to such an order.

    **IT IS SO ORDERED.**

Dated: December 15, 2006

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE