IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY AND ESTORIA CHERRY, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ET AL.,<br><br>　　　　Defendants.<br>_____<br>AND RELATED CROSS-ACTION<br>_____/ | No. C 04-04981 WHA<br><br>**ORDER DENYING STIPULATION TO SHORTEN TIME** |

　　　Good cause not shown, parties' stipulation to shorten time to hear Vanir Construction Management, Inc.'s motion for determination of good faith settlement is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 16, 2007

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\WHAALL\2004Civ\04-04981 Cherry\vanir deny stip shorten time.wpd