LOUIS A. LEONE, ESQ. (CSB #099874)
KATHLEEN DARMAGNAC, ESQ. (CSB #150843)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendant and Cross-Complainant
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College"); et al.<br><br>Defendants.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT,<br><br>Cross-Complainant,<br><br>vs.<br><br>SWINERTON & WALBERG COMPANY, a California corporation; VANIR CONSTRUCTION MANAGEMENT, INC., a California corporation; PATRI, BURLAGE, MERKER ARCHITECTS, a California corporation. and its successor-in-interest; PATRI.MERKER ARCHITECTS, INC., a California corporation; NIBBI BROS. INC, a California corporation, and ROES 1-20,<br><br>Cross-Defendants. | Case No.: C04-4981 WHA<br><br>**STIPULATION FOR AND ORDER DISMISSING CLAIMS AGAINST CROSS-DEFENDANTS SWINERTON & WALBERG COMPANY, PATRI, BURLAGE, MERKER ARCHITECTS, PATRI.MERKER ARCHITECTS, INC. AND NIBBI BROS., INC., WITH PREJUDICE**<br><br>[Fed.R.Civ.Proc. , Rule 41(c)] |

1

Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record, that the Cross-Claims filed on June 1, 2006, and amended on September 15, 2006, by cross-complainant/defendant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT against cross-defendants SWINERTON & WALBERG COMPANY, PATRI, BURLAGE, MERKER ARCHITECTS, PATRI.MERKER ARCHITECTS, INC., and NIBBI BROS. INC, shall be dismissed, with prejudice, each side to bear her or its own attorneys' fees and costs of suit.

Dated: January 22, 2007

GORDON & REES

_/s/ Lisa A. Perrot_
LISA A. PERROT
Attorney for Cross-Defendant Patri, Burlage, Merker Architects and

Dated: January ___, 2007

HANSON BRIDGETT

_____
KURT A. FRANKLIN
Attorney for Cross-Defendant
Swinterton Builders

Dated: January ___, 2007

_____
ROBERT NIBBI
NIBBI BROTHERS

Dated: January ___, 2007

STUBBS & LEONE

_____
Kathleen Darmagnac
Attorneys for Cross-Complainant/Defendants
SAN FRANCISCO COMMUNITY
COLLEGE DISTRICT

Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record, that the Cross-Claims filed on June 1, 2006, and amended on September 15, 2006, by cross-complainant/defendant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT against cross-defendants SWINERTON & WALBERG COMPANY, PATRI, BURLAGE, MERKER ARCHITECTS, PATRI.MERKER ARCHITECTS, INC., and NIBBI BROS. INC, shall be dismissed, with prejudice, each side to bear her or its own attorneys' fees and costs of suit.

Dated: January __, 2007

GORDON & REES

_____
LISA A. PERROT
Attorney for Cross-Defendant Patri, Burlage, Merker Architects and

Dated: January 23, 2007

HANSON BRIDGETT

_____
KURT A. FRANKLIN
Attorney for Cross-Defendant Swinerton Builders

Dated: January __, 2007

_____
ROBERT NIBBI
NIBBI BROTHERS

Dated: January __, 2007

STUBBS & LEONE

_____
Kathleen Darmagnac
Attorneys for Cross-Complainant/Defendants
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

2

1  Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, IT IS HEREBY
2  STIPULATED by and between the parties to this action through their designated
3  counsel of record, that the Cross-Claims filed on June 1, 2006, and amended on
4  September 15, 2006, by cross-complainant/defendant SAN FRANCISCO COMMUNITY
5  COLLEGE DISTRICT against cross-defendants SWINERTON & WALBERG
6  COMPANY, PATRI, BURLAGE, MERKER ARCHITECTS, PATRI.MERKER
7  ARCHITECTS, INC., and NIBBI BROS. INC, shall be dismissed, with prejudice, each
8  side to bear her or its own attorneys' fees and costs of suit.

10  Dated: January ___, 2007                GORDON & REES

11                                          _____
12                                          LISA A. PERROT
                                            Attorney for Cross-Defendant Patri,
13                                          Burlage, Merker Architects and

14  Dated: January ___, 2007                HANSON BRIDGETT
15
16                                          _____
                                            KURT A. FRANKLIN
17                                          Attorney for Cross-Defendant
                                            Swinterton Builders
18
19  Dated: January 22, 2007                 [signature]
20                                          _____
                                            ROBERT NIBBI
21                                          NIBBI BROTHERS

22  Dated: January 23, 2007                 STUBBS & LEONE
23
24                                          [signature]
                                            _____
                                            Kathleen Darmagnac
25                                          Attorneys for Cross-
                                            Complainant/Defendants
26                                          SAN FRANCISCO COMMUNITY
                                            COLLEGE DISTRICT
27
28

2

The cross-claims by SAN FRANCISCO COMMUNITY COLLEGE DISTRICT against cross-defendants SWINERTON & WALBERG COMPANY, PATRI, BURLAGE, MERKER ARCHITECTS, PATRI.MERKER ARCHITECTS, INC., and NIBBI BROS. INC are dismissed, with prejudice, each party to bear her or its attorneys' fees and costs.

**IT IS SO ORDERED**:

DATED: January 25, 2007

_____
Honorable William H. Alsup
United States District Judge

3