1  LOUIS A. LEONE, ESQ. (CSB #099874)
2  KATHLEEN DARMAGNAC, ESQ. (CSB #150843)
   **STUBBS & LEONE**
3  2175 N. California Blvd., Suite 900
   Walnut Creek, CA  94596
4  Telephone: (925) 974-8600
5  Facsimile: (925) 974-8601

6  Attorneys for Defendant and Cross-Complainant
7  SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10

11  MARGIE CHERRY and ESTORIA              **Case No.:   C04-4981 WHA**
    CHERRY on behalf of themselves and all
12  others similarly situated,

13                                         
              Plaintiffs,                  **STIPULATION FOR AND ORDER**
14                                         **DISMISSING CROSS-COMPLAINT,**
        vs.                                **WITH PREJUDICE**
15                                         
    THE CITY COLLEGE OF SAN                **[Fed.R.Civ.Proc. , Rule 41(c)]**
16  FRANCISCO ("City College"); et al.

17           Defendants.

18  SAN FRANCISCO COMMUNITY
19  COLLEGE DISTRICT,

20           Cross-Complainant,

21       vs.

22  SWINERTON & WALBERG COMPANY., a
23  California corporation; VANIR
    CONSTRUCTION MANAGEMENT, INC., a
24  California corporation; PATRI, BURLAGE,
    MERKER ARCHITECTS, a California
25  corporation. and its successor-in-interest;
26  PATRI.MERKER ARCHITECTS, INC;, a
    California corporation; NIBBI BROS. INC, a
27  California  corporation, and ROES 1-20,

28           Cross-Defendants.

1      Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, IT IS HEREBY

2 STIPULATED by and between the parties to this action through their designated

3 counsel of record, that the Cross-Claim filed on June 1, 2006, and amended on

4 September 15, 2006, by cross-complainant/defendant SAN FRANCISCO COMMUNITY

5 COLLEGE DISTRICT against cross-defendant VANIR CONSTRUCTION

6 MANAGEMENT, INC., shall be dismissed, with prejudice, each side to bear her or its

7 own attorneys' fees and costs of suit.

8

9

10 Dated: March 9, 2007

11                                    H. VINCENT MCLAUGHLIN

                                    Attorney for Cross-Defendant Vanir

12                                     Construction

13

14 Dated: March 7, 2007                   STUBBS & LEONE

15

16                                     Kathleen Darmagnac

17                                     Attorneys for Cross-

                                    Complainant/Defendants

18                                     SAN FRANCISCO COMMUNITY

19                                     COLLEGE DISTRICT

20

21      The cross-claim by SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

22 against cross-defendant VANIR CONSTRUCTION MANAGEMENT, INC., is dismissed,

23 with prejudice, each party to bear her or its attorneys' fees and costs.

24

25 **IT IS SO ORDERED:**

26

27 DATED: March 15, 2007

28                                     Honorable William H. Alsup

                                    United States District Judge

2