IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

THE CITY COLLEGE OF SAN FRANCISCO ("City College") LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,

    Defendants.

No. C 04-04981 WHA

**ORDER SETTING STATUS CONFERENCE REGARDING SETTLEMENT**

    A case management conference regarding the status and implementation of the consent decree in this action will be held on **THURSDAY, JUNE 7, 2007, AT 11:00 A.M.** Parties should meet and confer and file a joint statement detailing efforts to implement its provisions by May 31, 2007.

    **IT IS SO ORDERED.**

Dated: May 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE