1   Guy B. Wallace, State Bar No. 176151
    SCHNEIDER & WALLACE
2   180 Montgomery Street, Suite 2000
3   San Francisco, CA 94104
    Telephone:  (415) 421-7100
4   Facsimile:  (415) 421-7105
    TTY:  (415) 421-1655
5
6   James C. Sturdevant, State Bar No. 94551
    Mark T. Johnson, State Bar No. 76904
7   Alexius Markwalder, State Bar No. 227004
    THE STURDEVANT LAW FIRM
8   A Professional Corporation
    475 Sansome Street, Suite 1750
9   San Francisco, CA 94111
    Telephone:  (415) 477-2410
10  Facsimile:  (415) 477-2420
11
    Attorneys for Plaintiffs
12

13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15

16  ESTORIA CHERRY, on behalf of herself and      No. C 04-4981 WHA
    all others similarly situated, and MARGIE
17  CHERRY,                                        **CLASS ACTION**
                    Plaintiffs,
18          vs.                                    **JOINT STIPULATION AND [proposed]
                                                   ORDER TO MOVE MARCH 12, 2008
19  THE CITY COLLEGE OF SAN FRANCISCO              HEARING ON MOTION FOR
    ("SFCCD" or "City College"); LAWRENCE          ATTORNEYS FEES AND COSTS**
20  WONG, in his official capacity as President of
    the Board of Trustees; MILTON MARKS, III,      Date:  March 12, 2008
21  in his official capacity as Vice-President of the   Time:  9:30 am
    Board of Trustees; DR. NATALIE BERG,           Place:  Courtroom F, 15th Floor
22  JOHNNIE CARTER, JR., DR. ANITA GRIER,
23  JULIO J. RAMOS, RODEL E. RODIS, in their       Magistrate Judge Larson
    official capacities as members of the Board of
24  Trustees; and DR. PHILIP R. DAY, JR., in his
    official capacity as Chancellor,
25
26                  Defendants.
27

28
    ─────────────────────────────────────────────
    Joint Stip and [Proposed] Order to Continue March 12, 2008 Hearing On Attonrey's Fees and Costs
    *Cherry v. City College*, Case No. C 04-4981 WHA

1    The parties, by and through their counsel of record, request that the Court continue the date

2   set for hearing on the issue of the amount of attorney's fees and costs to be paid to plaintiff under

3   the settlement agreement to March 19, 2008.

4    WHEREAS, on December 11, 2007, Honorable Judge William Alsup issued an Order

5   Appointing Special Master (Docket # 788), which appointed Honorable Magistrate Judge James

6   Larson as special master "to resolve the issue of the amount of attorney's fees and costs."  (*Id*. at

7   lines 17-18.);

8    WHEREAS, On January 2, 2008, Honorable Magistrate Judge James Larson issued a Notice

9   and Order Setting Hearing, setting a hearing on this matter for March 12, 2008 at 9:30 a.m.;

10   WHEREAS, Plaintiffs' counsel have requested, and counsel for Defendants have agreed,

11  that the hearing set for March 12, 2008 be continued by approximately one week, or the next

12  available dated that is mutually convenient for the Court and the parties, in order to accommodate

13  conflicts in the schedule of Plaintiffs' counsel;

14   THEREFORE, for the foregoing reasons, the parties hereby stipulate, subject to the Court's

15  approval, that the date set for hearing on the issue of the amount of attorney's fees and costs to be

16  paid to plaintiff under the settlement agreement in this action, currently set for Wednesday, March

17  12, 2008, at 9:30 a.m., be continued to Wednesday March 19, 2008, at 9:30 a.m.

18

19  DATED:  February 1, 2008              SCHNEIDER & WALLACE

20                                       THE STURDEVANT LAW FIRM
                                         A Professional Corporation

21                                           /s/ Mark T. Johnson
22                                         MARK T. JOHNSON
                                           Attorneys for Plaintiffs

23  DATED:  February 1, 2008              STUBBS & LEONE

24                                           /s/ Kathleen Darmangnac
25                                         Kathleen Darmagnac
                                           Attorneys for Defendants
26

27

28                                         1

Joint Stip and [Proposed] Order to Continue March 12, 2008 Hearing On Attonrey's Fees and Costs *Cherry v. City College*, Case No. C 04-4981 WHA

1

**ATTESTATION UNDER GENERAL ORDER 45**

2      I, Mark T. Johnson, am the ECF User whose ID and password are being used to file this

3 document.  Pursuant to General Order 45, I hereby attest that Kathleen Darmagnac has concurred

4 in this filing and that I have on file all holograph signatures for any signatures indicated by a

5 "conformed" signature (/S/) within this efiled document..

6                                                            /s/ Mark T. Johnson
                                                         MARK T. JOHNSON
7                                                         Attorneys for Plaintiffs

8

9                                              **ORDER**

10      Pursuant to the stipulation of the parties, it is hereby ordered that the date set for hearing on

11 the issue of the amount of attorney's fees and costs to be paid to plaintiff under the settlement

12 agreement in this action, currently set for Wednesday, March 12, 2008, at 9:30 a.m., be continued

13 to Wednesday March 19, 2008, at 9:30 a.m.

14

15      **IT IS SO ORDERED.**

16

17

18 **DATED:** _2/19/08_                      _____
                                           HON. JAMES LARSON
19                                         United States Magistrate Judge

20

21

22

23

24

25

26

27

28
                                              2