IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERRY ET AL,

    Plaintiff,

  v.

THE CITY COLLEGE OF SAN FRANCISCO ET AL,

    Defendant.

No. C 04-04981 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

A case management conference will be held on **SEPTEMBER 11, 2008, AT 11AM**.

**IT IS SO ORDERED.**

Dated: May 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE