Guy B. Wallace, State Bar No. 176151
(gwallace@schneiderwallace.com)
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105
TTY:  (415) 421-1655

James C. Sturdevant, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
Mark T. Johnson, State Bar No. 76904
(mjohnson@sturdevantlaw.com)
Alexius Markwalder, State Bar No. 227004
(amarkwalder@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTORIA CHERRY, et al., <br><br> Plaintiffs, <br> vs. <br><br> THE CITY COLLEGE OF SAN FRANCISCO ("City College"); et al, <br><br> Defendants. | No. C 04-4981 WHA <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ATTORNEYS' FEES AND COSTS** <br><br> Hon. William H. Alsup |

1. As held in the Order dated October 1, 2007, Plaintiffs are entitled to recover all reasonable attorneys' fees and costs incurred in bringing their motion to enforce the Amended Stipulated Judgment approved by this Court on April 17, 2006. (Order Re Motion for Attorneys' Fees and Costs, Docket No. 774.)

2. Pursuant to that Order, the parties submitted detailed declarations outlining their respective expenses, met and conferred, and attended mediation, but failed to reach agreement as to the amount of attorneys' fees.

3. On December 11, 2007, this Court exercised its authority pursuant to Rule 54(d) to appoint a special master to resolve the dispute involving attorneys' fees and costs. (Order Appointing Special Master, Docket No. 788.) Chief Magistrate Judge James Larson was appointed as special master.

4. Having reviewed the briefs and declarations by the parties, the special master issued a Report and Recommendation that Attorneys' Fees be Awarded ("Report") in the amount of $104,569.88, which included fees and costs. (Report, Docket No. 805.) The special master found that the rates sought by Plaintiffs' Counsel are within the market range for attorneys' fees with comparable skill, experience and reputation who do similar federal litigation in the San Francisco Market and that the requested costs are reasonable.

5. This Court adopts the special master's Report in its entirety.

6. Defendant shall make payment to class counsel, by means of a check or other negotiable instrument, payable to Schneider Wallace Cottrell Brayton Konecky LLP in the amount of $104,569.88 no later than 14 calendar days from the issuance of this Order.

**IT IS SO ORDERED.**

Dated: May __20__, 2008

_____
Honorable William H. Alsup
United States District Judge

1

[Proposed] Order Granting Plaintiffs' Attorneys' Fees and Costs
*Cherry v. City College*, Case No. C 04-4981 WHA