GUY B. WALLACE (State Bar No. 176151)
MARK T. JOHNSON (State Bar No. 076904)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TTY: (415) 421-1655

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY COLLEGE OF SAN FRANCISCO, et al.,<br><br>Defendants. | No. C-04-4981 WHA<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [proposed] ORDER RE STATUS CONFERENCE**<br><br>Date: April 2, 2009<br>Time: 11 a.m.<br>Place: Courtroom 9 |

1. IT IS HEREBY STIPULATED by the parties, through their counsel of record, and subject to the approval of the Court, that the Status Conference currently set for April 2, 2009 be continued for a period of approximately 45 days. Good cause for such a continuance exists as Plaintiffs have proposed a meeting of counsel and City College officials prior to the status conference to discuss issues related to the Progress Report recently submitted by City College. The parties agree that the Status Conference would be more productive and more informative for the Court if it occurred after such a meeting, which will need to be scheduled. In addition, Class Counsel is not available for a Status Conference on the date for which it is currently scheduled, April 2, 2009. Accordingly, the parties respectfully request that this Court continue the Status Conference for a period of approximately 45 days to a date in May, 2009.

Dated:  March 23, 2009                SCHNEIDER WALLACE
                                      COTTRELL BRAYTON
                                      KONECKY LLP


                                      _____/s/_____
                                      MARK T. JOHNSON
                                      Attorneys for Plaintiffs


Dated:  March 23, 2009                STUBBS & LEONE


                                      _____/s/_____
                                      KATHLEEN M. DARMAGNAC
                                      Attorneys for Defendants


   Per General Order No. 45 § X B., I attest that Ms. Kathleen M. Darmagnac, Esq., has concurred in the filing of this document.

Dated:  March 23, 2009                SCHNEIDER WALLACE
                                      COTTRELL BRAYTON
                                      KONECKY LLP


                                      _____/s/_____
                                      MARK T. JOHNSON
                                      Attorneys for Plaintiffs

---

*Cherry, et al. v. City College, et. al.*, C-04-4981 WHA
Stipulation & [proposed] Order Re Status Conference

1

**ORDER**

Pursuant to Stipulation, and good cause appearing, the Status Conference is continued to ~~May~~ April 30, 2009, at  11  a.m.

**IT IS SO ORDERED.**

DATED: March  26 , 2009



_____
HON. WILLIAM H. ALSUP
United States District Judge

*Cherry, et al. v. City College, et. al.*, C-04-4981 WHA
Stipulation & ~~[proposed]~~ Order Re Status Conference
2