UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College"); et al.<br><br>Defendants. | Case No.: C04-4981 WHA<br><br>~~[PROPOSED]~~ ORDER CONTINUING STATUS CONFERENCE |

    Given that that the parties have so stipulated and that good cause exists, the Status Conference currently set for September 17, 2009 shall be continued to October 15, 2009 at 11:00 a.m., ~~or to a date convenient for the Court at least 30 days after September 17, 2009, on _____~~.

**IT IS SO ORDERED.**

Dated: August __5__, 2009



_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

0