GUY B. WALLACE (State Bar No. 176151)
MARK T. JOHNSON (State Bar No. 076904)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TTY: (415) 421-1655

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

THE CITY COLLEGE OF SAN FRANCISCO, et al.,

Defendants.

No. C-04-4981 WHA

**CLASS ACTION**

**STIPULATION AND [proposed] ORDER RE STATUS CONFERENCE**

Date: October 15, 2009
Time: 11 a.m.
Place: Courtroom 9

IT IS HEREBY STIPULATED by the parties, through their counsel of record, and subject to the approval of the Court, that the Status Conference currently set for October 15, 2009 be continued for a period of approximately 30 days. Good cause for such a continuance exists as Defendants' monitoring counsel, Ms. Kathleen Darmagnac, has recently had surgery on her back and will not be available to work with Plaintiffs' counsel on monitoring activities during the months of September and part of October, 2009. Accordingly, the parties respectfully request that this Court continue the Status Conference for a period of approximately 30 days to a date in Mid-November, 2009.

Dated: September 14, 2009

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

/s/
GUY B. WALLACE
Attorneys for Plaintiffs

Dated: September 14, 2009

STUBBS & LEONE

LOUIS A. LEONE
Attorneys for Defendants

## ORDER

Pursuant to Stipulation, and good cause appearing, the Status Conference is continued to November 19, 2009, at 11 a.m.

**IT IS SO ORDERED.**

DATED: September 24, 2009

HON. WILLIAM H. ALSUP
United States District Judge