United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO ("City College"), LAWRENCE WONG, in his official capacity as President of the Board of Trustees, MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees, DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees, and DR. PHILIP R. RAY, JR., in his official capacity as Chancellor,<br><br>Defendants.<br>_____/ | No. C 04-04981 WHA<br><br><br>**ORDER SETTING SCHEDULE FOR MEETINGS AND MOTIONS RE COMPLIANCE WITH STIPULATED JUDGMENT** |

As discussed and agreed upon by the parties at the case management conference held on November 19, 2009, IT IS HEREBY ORDERED:

1. Counsel, parties, and any experts necessary to facilitate a productive discussion, shall meet and confer on **DECEMBER 4, 2009, FROM 9:00 A.M. – NOON** in the Attorney Lounge on the eighteenth floor of the federal courthouse to discuss issues regarding compliance with the stipulated judgment.

2. Counsel, parties, and any experts necessary to facilitate a productive discussion, shall meet and confer on **DECEMBER 18, 2009, FROM 9:00 A.M. – NOON** in the Attorney Lounge on the eighteenth floor of the federal courthouse to discuss follow-up issues regarding compliance with the stipulated judgment.

3. The last day for class counsel to file *any* motion to compel compliance with *any* violation of the stipulated judgment that occurred or existed on or before December 4, 2009, will be **JANUARY 14, 2010**.

4. The last day for plaintiffs to file any motion requesting an extension of the April 1, 2010 deadline as set forth in the stipulated judgment will be **JANUARY 14, 2010**.

**IT IS SO ORDERED.**

Dated:  November 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE