IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO, *et al.*,<br><br>Defendants. | No. C 04-04981 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING EXTENSION OF FINAL COMPLIANCE DEADLINE** |

The undersigned has received the jointly filed letter from the parties seeking leave to file a joint stipulation in lieu of a motion by defendants to modify the amended stipulated judgment. The sole modification requested is an extension of the final compliance date from April 1, 2010, to October 11, 2010. In a class settlement, however, the judge plays an important and necessary role in ensuring that the terms of the settlement are in the best interests of absent class members. The parties, therefore, may not simply stipulate to an extension of compliance deadlines as requested in their letter.

If an extension of the compliance deadline is required, a motion must be filed by January 14, 2010, under the schedule previously set forth by the undersigned (Dkt. No. 842). Class counsel, of course, may file a statement of non-opposition if they do not oppose the motion. At

that point, the Court will consider whether the circumstances justify such a lengthy extension, and whether the amended stipulated judgment should be modified.

**IT IS SO ORDERED.**

Dated: January 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE