# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001



R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 1 4 2010

FILED ————————
DOCKETED ——— DATE ——— INITIAL

**William K. Suter**
Clerk of the Court
(202) 479-3011

January 11, 2010

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Rodel E. Rodis
v. City and County of San Francisco, California, et al.
No. 09-275
(Your No. 05-15522)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk