IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>  v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO, *et al.*,<br><br>Defendants.<br>                                                                / | No. C 04-04981 WHA<br><br>**ORDER DENYING EXTENSION OF TIME TO FILE REPLY** |

The parties' stipulation changing time for defendants to file reply brief has been reviewed. Good cause for changing this deadline has not been shown. Defendants must file any reply in support of their pending motion no later than **NOVEMBER 29, 2010**.

**IT IS SO ORDERED.**

Dated: November 22, 2010.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE