IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY COLLEGE OF SAN FRANCISCO, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 04-04981 WHA<br><br>**ORDER REQUESTING MISSING EXHIBITS** |

In response to the second order requesting supplemental information regarding light switches, defendants submitted a brief and two declarations on December 22, 2010. The declaration of Leilani Battiste referenced two exhibits thereto, including a true and accurate copy of her personal notes from the December 2009 meeting. The two exhibits to the Battiste declaration, however, were not filed. Defendants are requested to file the missing exhibits A and B to the Battiste declaration by Noon on December 27, 2010.

**IT IS SO ORDERED.**

Dated: December 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE